CHARLES G. STEVENS et al., as Trustees, etc., Respondents, *v.* MARIETTA R. STEVENS, Impleaded, etc., Appellant.

(Argued June 20, 1893 ; decided October 3, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 11, 1893, which reversed an order of Special Term refusing to continue an injunction.

*Melville II. Regensburger* for appellant.

*George Zabriskie* for respondents.

Agree to dismiss appeal ; no opinion.
All concur, except GRAY, J., not sitting.
Appeal dismissed.

———

THOMAS M. HART, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Submitted June 20, 1893; decided October 3, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 12, 1893, which modified and affirmed as modified an order of Special Term granting leave to plaintiff's attorney to prosecute this action to final judgment for his own benefit.

*William II. Clark* for appellant.

*John C. Robinson* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.